UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**MARK Q. TAYLOR**                                                                                      CIVIL ACTION

**VERSUS**                                                                                                        NO. 07-2890

**TERRY TERRELL, WARDEN**                                                                      SEC. "B" (1)


<u>ORDER</u>

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, the petitioner's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion.
Accordingly,

**IT IS ORDERED** that petitioner's objections are **OVERRULED**, and the court adopts the Magistrate Judge's Report and Recommendation.

**IT IS FURTHER ORDERED** that the petition of **Mark Q. Taylor** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE** as time-barred.

New Orleans, Louisiana, this 1st day of November, 2007.

                                                                    _____
                                                                                    IVAN L.R. LEMELLE
                                                                         UNITED STATES DISTRICT JUDGE